**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

JIARONG XU,

Petitioner,

v.

WARDEN of Adelanto ICE Processing Center, et al.,

Respondents.

Case No. 5:26-cv-04934-HDV-MBK

ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. The undersigned has also independently reviewed Respondents' objections. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that: (1) Judgment be entered granting the Petition; (2) a writ of habeas corpus be issued requiring Jiarong Xu's (A# 242-321-325) immediate release and prohibiting Respondents from re-detaining her without first providing notice and a hearing before a neutral arbiter in which the

Government must show a material change of circumstances warranting her detention; and (3) Respondents are required to file a status report no later than three (3) days from the date of this Order confirming that Petitioner has been released from Respondents' custody consistent with this Order.

Dated: 09/14/26

HON. HERNÁN D. VERA
UNITED STATES DISTRICT JUDGE