JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

JIARONG XU,

Petitioner,

v.

WARDEN of Adelanto ICE Processing Center, et al.,

Respondents.

Case No. 5:26-cv-04934-HDV-MBK

JUDGMENT

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED and this action is dismissed with prejudice.

DATE: 9/14/26

HON. HERNÁN D. VERA
UNITED STATES DISTRICT JUDGE